UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20080-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAYKEL JACAS,

    Defendant.
_____/

## ORDER VACATING ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL

This matter is before the Court *sua sponte*. On February 8, 2008, the undersigned Magistrate Judge entered an Order appointing the Federal Public Defender to represent Defendant Jacas, and requiring the payment of $250.00 to help defray the cost of court appointed counsel (DE # 15). A review of the record reflects that, shortly thereafter, privately retained counsel entered a permanent appearance (DE # 17).

Therefore, after carefully considering the record as a whole, the undersigned Magistrate Judge has determined that it is appropriate to vacate the Order requiring $250 payment; and, it is hereby

**ORDERED AND ADJUDGED** that the Order Requiring a $250 Payment to

the Court for Services of Federal Public Defender (DE #24) is hereby **VACATED**.

The status hearing on this matter, which was set for April 1, 2008, is canceled.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of March, 2008.

_Andrea M. Simonton_
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Federico A. Moreno,
    Chief United States District Judge
All counsel of record via CM/ECF
Financial Section, Clerk's Office